UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 4130
BOSTON, MASSACHUSETTS 02210

NANCY GERTNER
DISTRICT JUDGE

September 7, 2007

The Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Amended 2006 Report

Dear Judge Smith:

Thank you for your letter of September 4, 2007. I have enclosed a signed original and three copies of an amended version of Judge Gertner's original report dated July 31, 2007. The three omissions referred to in your letter have now been provided.

The omissions were my error. I apologize for inconveniencing you and your staff.

Sincerely,

Gail A. MacDonald,
Judicial Assistant to
NANCY GERTNER, JUDGE,
UNITED STATES DISTRICT COURT

/gam
encl.

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gertner, Nancy | U.S. District Court - MA | 09/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final | 01/01/2006 <br> to <br> 12/31/2006 |
| | 5b.   ☒   Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John Joseph Moakley U.S. Court <br> 1 Courthouse Way, Ste. 4130 <br> Boston MA 02210 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Petra Foundation (a non-profit foundation) |
| 2.   Instructor | Yale Law School |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | |

RECEIVED 2007 SEP 17 A 11: 10 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 09/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Yale Law School; teaching sentencing seminar, spring and fall semesters.*** (See Sectin VIII) | $ 25,346.68 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale Law School, New Haven, Connecticut, where I am an instructor | Travel to CT, lodging, and/or meals, 2/17, 23 (panel), 24; 3/24, 31; 4/28; 5/5/; 6/20;9/8, 29; 10/6, 13, 20; 11 3, 11; 12 20 - Taught |
| 2. | ABA White Collar Crime Institute | Travel, lodging and meals - spoke in San Francisco, CA - 3/1-4 |
| 3. | Fordham Law School | Travel to NY - Lectured on Sentencing - 3/7 |
| 4. | ABA-CEELI | Travel to Washington DC - Met with Advisory Group of which I am a member. 4/24 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gertner, Nancy | 09/07/2007 |

| 5. | American Constitution Society | Travel to Washingont - On a "judges panel" - 6/16 |
| --- | --- | --- |
| 6. | Monash University - Sentencing Advisory Council | Travel, lodging, meals. I taught sentencing in Melbourne, Australia - 6/12-27 |
| 7. | Ohio State University | Travel, lodging. Gave "Blackmun Lecture" - in Ohio - 9/26-27 |
| 8. | The New School for Social Research | Travel to NY - attended round table discussion 12/1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 09/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First USA Visa | Visa - Revolving Credit | J |
| 2. | American Express | Revolving Credit | J |
| 3. | Fleet | Visa - Revolving Line of Credit | J |
| 4. | Bank of America - Visa | Visa - Revolving Credit | J |
| 5. | ATT Universal Card | Revolving Credit | J |
| 6. | American Express Blue | Revolving Credit | J |
| 7. | People's (Now RBS) | Revolving Credit | None |
| 8. | Discover | Revolving Credit | J |
| 9. | Chase | Revolving Credit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 09/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2.    Schwab Money Market | A | Dividend | J | T | | | | | |
| 3.    Investment Company of America | A | Dividend | | | Sale | 8/06 | K | B | |
| 4.    Cisco Systems Common Stock | | None | | | Sale | 8/06 | J | | |
| 5.    Dodge & Cox Balanced Fund | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 6.    FPA Crescent Instl | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 7.    First Eagle Global Fund | A | Dividend | K | T | Partial Sale | 8/06 | J | C | |
| 8.    Hybridon Inc. Common Stock (Idera Pharmaceutical, formerly) | | None | | | Sale | 8/06 | J | | |
| 9.    Jensen Portfolio | A | Dividend | | | Sale | 8/06 | J | A | |
| 10.    Oakmark Equity Income | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 11.    Parnassus Equity Income | A | Dividend | | | Sale | 8/06 | J | A | |
| 12.    Royce Special Equity Fund | A | Dividend | | | Sale | 8/06 | J | A | |
| 13.    T. Rowe Price Cap. Apprec. (See Section VIII) | A | Dividend | K | T | Partial Sale | 8/06 | J | B | |
| 14.    Valero Energy Corp. | A | Dividend | J | T | Buy | 8/06 | J | | |
| 15.    Keeley Small Cap Value | | None | K | T | Buy | 8/06 | J | | |
| 16.    Berwyn Income Fund | A | Dividend | J | T | Buy | 8/06 | J | | |
| 17.    ICON Energy Fund | A | Dividend | J | T | Buy | 8/06 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 09/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Third Avenue Value | A | Dividend | J | T | Buy | 8/06 | J | | |
| 19. Eaton Vance Utilities | A | Dividend | J | T | Buy | 8/06 | J | | |
| 20. Marsico 21st Century | A | Dividend | J | T | Buy | 8/06 | J | | |
| 21. Dodge & Cox Int'l. Stock | A | Dividend | J | T | Buy | 8/06 | J | | |
| 22. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 23. Schwab Money Mkt. (See Section VIII) | | None | J | T | | | | | |
| 24. Cash* (see Sectin VIII) | A | Dividend | J | T | | | | | |
| 25. Dodge & Cox Balance | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 26. Longleaf Partners | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 27. Weitz Partner's Value | A | Dividend | | | Sale | 8/06 | J | A | |
| 28. FPA Crescent Int'l | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 29. Matrix Advisors Value fund (See Section VIII) | A | None | | | Sale | 8/06 | J | A | |
| 30. BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 31. Schwab Money Market (See Section VIII)* | B | Dividend | K | T | | | | | |
| 32. Cash (See Section VIII)* | | None | J | T | | | | | |
| 33. 2ND BROKERAGE ACCOUNT AT SCHWAB:** | | | | | | | | | |
| 34. Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 09/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Cash (See Section VIII)* | | None | J | T | | | | | |
| 36.  Cisco Systems common stock | | None | J | T | | | | | |
| 37.  Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 38.  2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 39.  Schwab Money Market | A | Dividend | J | T | | | | | |
| 40.  Parking space, carriage house rent | E | Rent | K | W | | | | | |
| 41.  Bankers Nat'l. Life Ins. - Annuity (See Section VIII) | | None | J | T | | | | | |
| 42.  Caterpillar Common Stock | A | Dividend | J | T | Buy | 8/06 | J | | |
| 43.  ICON Energy Fund | A | Dividend | J | T | Buy | 8/06 | J | | |
| 44.  Third Avenue Valuw | A | Dividend | J | T | Buy | 8/06 | J | | |
| 45.  Dodge & Cox Int'l. Stock | A | Dividend | J | T | Buy | 8/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II, Agreements:        The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII -            *Cash moves between money market and cash accounts, as purchases and sales of holdings are made.   The money balance is held in a position actually called "Cash"; a position where funds are held.
           ** No longer UTMA Account as dependent is no longer a minor.

Part III-A *** I was paid over the statutory amount due to a clerical error.  The sum of $566.68 has  been returned to Yale Law School.

This Report is an Amended version of the Report dated July 31, 2007.  Three mistakenly omitted items have been provided.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date _September 10, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Gertner, Nancy | 2. Court or Organization  U.S. District Court - MA | 3. Date of Report  07/31/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☒ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  John Joseph Moakley U.S. Court  1 Courthouse Way, Ste. 4130  Boston MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Petra Foundation (a non-profit foundation) |
| 2. | Instructor | Yale Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. | 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | | |

FINANCIAL DISCLOSURE OFFICE
2007 AUG -6 P 12: 12
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Yale Law School; teaching sentencing seminar, spring and fall semesters.*** (See Sectin VIII) | $ 25,346.68 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale Law School, New Haven, Connecticut, where I am an instructor | Travel to CT, lodging, and/or meals, 2/17, 23 (panel), 24; 3/24, 31; 4/28; 5/5/; 6/20;9/8, 29; 10/6, 13, 20; 11 3, 11; 12 20 - Taught |
| 2. | ABA White Collar Crime Institute | Travel, lodging and meals - spoke in San Francisco, CA - 3/1-4 |
| 3. | Fordham Law School | Travel to NY - Lectured on Sentencing - 3/7 |
| 4. | ABA-CEELI | Travel to Washington DC - Met with Advisory Group of which I am a member. 4/24 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

| | | |
|---|---|---|
| 5. | American Constitution Society | Travel to Washingont - On a "judges panel" - 6/16 |
| 6. | Monash University - Sentencing Advisory Council | Travel, lodging, meals. I taught sentencing in Melbourne, Australia - 6/12-27 |
| 7. | Ohio State University | Travel, lodging. Gave "Blackmun Lecture" - in Ohio - 9/26-27 |
| 8. | The New School for Social Research | Travel to NY - attended round table discussion 12/1 |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First USA Visa | Visa - Revolving Credit | J |
| 2. | American Express | Revolving Credit | J |
| 3. | Fleet | Visa - Revolving Line of Credit | J |
| 4. | Bank of America - Visa | Visa - Revolving Credit | J |
| 5. | ATT Universal Card | Revolving Credit | J |
| 6. | American Express Blue | Revolving Credit | J |
| 7. | People's (Now RBS) | Revolving Credit | None |
| 8. | Discover | Revolving Credit | J |
| 9. | Chase | Revolving Credit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Schwab Money Market | A | Dividend | J | T | | | | | |
| 3. Investment Company of America | A | Dividend | | | Sale | 8/06 | K | B | |
| 4. Cisco Systems Common Stock | | None | | | Sale | 8/06 | J | | |
| 5. Dodge & Cox Balanced Fund | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 6. FPA Crescent Instl | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 7. First Eagle Global Fund | A | Dividend | K | T | Partial Sale | 8/06 | J | C | |
| 8. Hybridon Inc. Common Stock (Idera Pharmaceutical, formerly) | | None | | | Sale | 8/06 | J | | |
| 9. Jensen Portfolio | A | Dividend | | | Sale | 8/06 | J | A | |
| 10. Oakmark Equity Income | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 11. Parnassus Equity Income | A | Dividend | | | Sale | 8/06 | J | A | |
| 12. Royce Special Equity Fund | A | Dividend | | | Sale | 8/06 | J | A | |
| 13. T. Rowe Price Cap. Apprec. (See Section VIII) | A | Dividend | K | T | Partial Sale | 8/06 | J | B | |
| 14. Valero Energy Corp. | A | Dividend | J | T | Buy | 8/06 | J | | |
| 15. Keeley Small Cap Value | | None | K | T | Buy | 8/06 | J | | |
| 16. Berwyn Income Fund | A | Dividend | J | T | Buy | 8/06 | J | | |
| 17. ICON Energy Fund | A | Dividend | J | T | Buy | 8/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Third Avenue Value | A | Dividend | J | T | Buy | 8/06 | J | | |
| 19. Eaton Vance Utilities | A | Dividend | J | T | Buy | 8/06 | J | | |
| 20. Marsico 21st Century | A | Dividend | J | T | Buy | 8/06 | J | | |
| 21. Dodge & Cox Int'l. Stock | A | Dividend | J | T | Buy | 8/06 | J | | |
| 22. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 23. Schwab Money Mkt. (See Section VIII) | | None | J | T | | | | | |
| 24. Cash* (see Sectin VIII) | A | Dividend | J | T | | | | | |
| 25. Dodge & Cox Balance | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 26. Longleaf Partners | A | Dividend | J | T | Partial Sale | 8/06 | J | A | |
| 27. Weitz Partner's Value | A | Dividend | | | Sale | 8/06 | J | A | |
| 28. FPA Crescent Int'l | A | Dividend | J | T | Partial Sale | 8/06 | J | B | |
| 29. Matrix Advisors Value fund (See Section VIII) | A | None | | | Sale | 8/06 | J | A | |
| 30. BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 31. Schwab Money Market (See Section VIII)* | B | Dividend | K | T | | | | | |
| 32. Cash (See Section VIII)* | | None | J | T | | | | | |
| 33. 2ND BROKERAGE ACCOUNT AT SCHWAB:** | | | | | | | | | |
| 34. Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cash (See Section VIII)* | | None | J | T | | | | | |
| 36. Cisco Systems common stock | | None | J | T | | | | | |
| 37. Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 38. 2nd UTMA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 39. Schwab Money Market | A | Dividend | J | T | | | | | |
| 40. Parking space, carriage house rent | E | Rent | K | W | | | | | |
| 41. Bankers Nat'l. Life Ins. - Annuity (See Section VIII) | | None | J | T | | | | | |
| 42. Caterpillar Common Stock | A | Dividend | J | T | Buy | 8/06 | J | | |
| 43. ICON Energy Fund | A | Dividend | J | T | Buy | 8/06 | | | |
| 44. Third Avenue Valuw | A | Dividend | J | T | Buy | 8/06 | | | |
| 45. Dodge & Cox Int'l. Stock | A | Dividend | J | T | Buy | 8/06 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 07/31/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II, Agreements: The partnership agreement with Dwyer, Collora & Gertner (now Dwyer & Collora) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII - *Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a position actually called "Cash"; a position where funds are held.
** No longer UTMA Account as dependent is no longer a minor.

Part III-A *** I was paid over the statutory amount due to a clerical error. The sum of $566.68 has been returned to Yale Law School.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date  7/30/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544